JS-6/ENTER

ENTERED
CLERK, U.S. DISTRICT COURT
April 24, 2015
CENTRAL DISTRICT OF CALIFORNIA
BY: TS DEPUTY

FILED
CLERK, U.S. DISTRICT COURT
April 24, 2015
CENTRAL DISTRICT OF CALIFORNIA
BY: TS DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

JAMES R. KEYS,

    Petitioner,

    v.

FRED FOULK, Warden,

    Respondent.

No. CV 13-4298-GW (DFM)

JUDGMENT

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that that the petition is denied and this action is dismissed with prejudice.

Dated: April 23, 2015

_____
GEORGE H. WU
United States District Judge